**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | LaShonda A. Hunt | **Hearing Date** | 8/21/2020 |
| **Bankruptcy Case** | 20 B 07192 | **Adversary No.** | |
| **Title of Case** | Arturo Cervantes | | |

**Brief Statement of Motion:** Confirmation Hearing

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

For the reasons stated on the record the Trustee's objection to confirmation of the 3/12/20 plan is sustained. Confirmation is continued to 9/4/20 @ 10:45 a.m.

*/s/ LaShonda A. Hunt*

U. S. Bankruptcy Judge LaShonda A. Hunt